UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ORLESTER JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 3:14-CV-2042-WCL-PRC |
| | ) |
| THE RIDGE COMPANY | ) |
| | ) |
| Defendant. | ) |

**OPINION AND ORDER ADOPTING THE MAGISTRATE
JUDGE'SREPORT AND RECOMMENDATION**

This matter is before the Court for an Order on the Magistrate Judge's Report and Recommendation ("R & R") relating to the disposition of Defendant's Motion for Sanctions [DE 38], filed on August 5, 2015. The Motion related to a series of discovery violations by the Plaintiff, who is proceeding *pro se*, and sought not only monetary damages for fees incurred by the violations but to have the Plaintiff's claim dismissed. Subsequent to the Motion's filing and other attempts by the Magistrate Judge to resolve the dispute, the undersigned entered an Order [DE 48] on October 6, 2015, referring this matter to Magistrate Judge Cherry for an R & R on this motion pursuant to 28 U.S.C. §636(b)(1)(B).

The following day, Magistrate Judge Cherry entered his R & R wherein he recommended that the undersigned grant Defendant's Motion for Sanctions [DE 38], provide the Plaintiff a final, 28-day extension in which to file responses to the outstanding discovery requests, and award Defendant reasonable costs (including attorney fees) caused by Plaintiff's failure to comply with discovery. [DE 48]. The parties had fourteen days after being served with a copy of the R & R to file written objections thereto with the Clerk of Court. The Plaintiff filed no objections to the R&R.

The undersigned has reviewed the Magistrate Judge's R & R and finds it thoughtful, reasonable, and well-taken. The R & R is APPROVED. [DE 50]. The Motion for Sanctions is GRANTED [DE 38] with reasonable costs (including attorney fees) granted to the Defendant as set out in the R & R. The Defendant shall have 14 days to submit a statement of reasonable costs and fees to the Court. The Plaintiff is FURTHER ADVISED that he has 28 days to file responses to the outstanding discovery requests set forth in the R & R. No further extensions will be granted and Plaintiff's failure to respond to the discovery requests within the 28 day time frame may result in additional sanctions INCLUDING DISMISSAL of his Complaint pursuant to Fed.R.Civ.P. 37(b).

Entered: This 9th day of November, 2015

s/ William C. Lee
United States District Court